UTICA,
August, 1829.

Meech
v,
Churchill.

ANON.

Common bail can be filed by a plaintiff only in a bailable action.

---

## MEECH vs. CHURCHILL.

A plaintiff who sues the maker of a note and a guarantee of the same, is entitled to full costs in each suit.

QUESTION as to costs. The defendant transferred to the plaintiff a promissory note he held against one Metzger, and by an endorsement on the note, guaranteed the payment of the same. The plaintiff commenced two suits ; one against the maker of the note, and the other against the defendant on the guaranty. He recovered judgment in both suits, and obtained satisfaction of the damages and costs in the suit against Metzger, and issued an execution *for the costs only* in the suit against the defendant, who offered to pay the *disbursements*, but objected to pay a full bill of costs.

*S. Matthews,* for defendant.

*A. Samson,* contra.

*By the Court,* SAVAGE, Ch. J. This motion is made under the impression that this case comes within the purview of the act, (*Statutes, 4th vol.* 280, *c.*) which allows but one full bill of costs, where several suits are brought on the same instrument or note. The statute does not apply to this case; the suits were not on the *same* instrument or note. The *guaranty* is a separate, distinct contract from the *note,* and the plaintiff is entitled to his full costs. The motion is denied with costs.